**Opinion filed August 20, 2009**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-09-00261-CR & 11-09-00262-CR

_____

### IN RE MICHAEL ANTHONY SEIFFERT

---

### Original Habeas Corpus Proceedings

---

### M E M O R A N D U M   O P I N I O N

In these cases, relator is petitioning for habeas corpus relief following his felony convictions pursuant to TEX. CODE CRIM. PROC. ANN. art. 11.07 (Vernon Supp. 2008). This court does not have jurisdiction to entertain relator's petitions. Article 11.07.

The cases are dismissed for want of jurisdiction.


PER CURIAM


August 20, 2009

Do not publish. _See_ TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.